[No. 21043-6-II.    Division Two.    July 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMAL
SUAZO, *Appellant*.

Appeals from a judgment of the Superior Court for
Thurston County, No. 96-8-00647-4, Paula Casey, J.,
entered July 30, 1996. *Affirmed* by unpublished opinion
per Armstrong, J., concurred in by Morgan and Seinfeld,
JJ.

[Nos. 21153-0-II; 21154-8-II.    Division Two.    July 18, 1997.]

*In the Matter of the Dependency of* N.M.A. and
D.B.A.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 95-7-00174-1, Randolph Furman, J.,
entered September 18, 1996. *Affirmed* by unpublished
opinion per Seinfeld, J., concurred in by Morgan and Arm-
strong, JJ.

[No. 36321-2-I.    Division One.    April 28, 1997.]

STEWART PRENTISS, ET AL., *Respondents*, v. WESSPUR,
INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for What-
com County, No. 93-2-02129-8, David A. Nichols, J.,
entered February 24, 1995. *Affirmed in part* and *reversed
in part* by unpublished opinion per Webster, J., concurred
in by Coleman and Becker, JJ.

[No. 40283-8-I.    Division One.    July 15, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. J.B.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-03986-3, Anthony P. Wartnik, J., entered
January 31, 1997. *Reversed* by unpublished per curiam
opinion.